# BILL OF COSTS

## TEXAS COURT OF APPEALS, SEVENTH DISTRICT, AT AMARILLO

### No. 07-13-00255-CV

### San Juanita and Max Griego

### v.

### Baptist St. Anthony's Health System, a/k/a Baptist St. Anthony's Hospital Corporation

### (No. 97,233-D IN 181ST DISTRICT COURT OF POTTER COUNTY)

| Type of Fee | Charges | Paid | By |
|---|---|---|---|
| Motion fee | $10.00 | E-PAID | Sabrina  Dubberly |
| Motion fee | $10.00 | E-PAID | Lovell Lovell Newsom & Isern |
| Supreme Court chapter 51 fee | $50.00 | E-PAID | Kevin A Isern |
| Filing | $100.00 | E-PAID | Kevin A Isern |
| Indigent | $25.00 | E-PAID | Kevin A Isern |

### Balance of costs owing to the Seventh Court of Appeals, Amarillo, Texas: $0.00

### *Court costs in this cause shall be paid as per the Judgment issued by this Court.*

I, **VIVIAN LONG, CLERK** OF THE SEVENTH COURT OF APPEALS OF THE STATE OF TEXAS, do hereby certify that the above and foregoing is a true and correct copy of the cost bill of THE COURT OF APPEALS FOR THE SEVENTH DISTRICT OF TEXAS, showing the charges and payments, in the above numbered and styled cause, as the same appears of record in this office.



**IN TESTIMONY WHEREOF,** witness my hand and the Seal of the **COURT OF APPEALS** for the Seventh District of Texas on December 15, 2015.

*Vivian Long*
**VIVIAN LONG, CLERK**